IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIE DIETZEN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action 3:11 cv 00037 <br> ) Judge Haynes |
| WILLIAMSON COUNTY JAIL et al | ) |

**ORDER**

Before the Court is the Defendants' motion to dismiss (Docket Entry No. 15), but Plaintiff has requested a six months stay of all proceedings given her transfer to Wisconsin. (Docket Entry No. 27).

This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party. If reopened, the defendants' may renew their motion by incorporating by reference their earlier motion papers.

It is so **ORDERED.**

**Entered** this the 28th day of July, 2011.

William J. Haynes, Jr.
United States District Judge