IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JULIE DIETZEN, )
 )
   Plaintiff, )
 )  Case No. 3:11-00037
v. )  Judge Haynes
 )
WILLIAMSON COUNTY JAIL, et al., )
 )
   Defendants. )

## ORDER

Upon Plaintiff's request, this action was administratively closed for six months (Docket Entry No. 35). Yet, Plaintiff has not made any effort to prosecute this action.

Accordingly, this action is **DISMISSED with prejudice** for Plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 23rd day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge